Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000601
24-SEP-2012
08:53 AM

NO. CAAP-12-0000601

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


WALTER JUNICHI MURAKAMI and ETSUKO MARUYAMA MURAKAMI,
Plaintiffs-Appellees,
v.
GLENN NOBUKI MURAKAMI; ANN SUE ISOBE; WALTER JUNICHI
MURAKAMI and ETSUKO MURUYAMA MURAKAMI, as Co-Trustees
under that certain unrecorded Trust Agreement known as
The Walter J. Murakami Trust dated December 20, 1989,
and that certain unrecorded Trust Agreement known as
The Etsuko M. Murakami Trust dated December 20, 1989;
AMERICAN SAVINGS BANK, F.S.B.; JOSEPH E. SPADARO,
individually and as Trustee under that certain Declaration
of Trust dated October 3, 2000; JOHN NELSON SPADARO; JOHN
DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE
CORPORATIONS 1-10; DOE ENTITIES 1-10; and DOE GOVERNMENTAL
UNITS 1-10, Defendants-Appellees

AND

GLENN NOBUKI MURAKAMI and ANN SUE ISOBE,
Counterclaimants-Appellees,
v.
JIM HOGG, Counterclaim Defendant-Appellee,
and
MICHAEL DAVID SAKATANI; CHRISTINE MARIE SAKATANI;
808 DEVELOPMENT LLC, a Hawaii limited liability
company, Additional Counterclaim Defendants-Appellants,
and
LISA HOGG; JOSEPH E. SPADARO, individually and as
Trustee under that certain Declaration of Trust dated
October 3, 2000; JOHN NELSON SPADARO; and DOES A through Z,
Additional Counterclaim Defendants-Appellees

AND

WALTER JUNICHI MURAKAMI and ETSUKO MURUYAMA MURAKAMI, as Co-
Trustees under that certain unrecorded Trust Agreement known as
The Walter J. Murakami Trust dated December 20, 1989, and that
certain unrecorded Trust Agreement known as The Etsuko M.
Murakami Trust dated December 20, 1989, Counterclaimants-
Appellees,
v.
JIM HOGG, Counterclaim Defendant-Appellee

AND

JOHN NELSON SPADARO, Defendant/Cross-claimant-Appellee,
v.
GLENN NOBUKI MURAKAMI; ANN SUE ISOBE; JOHN DOES 1-10;
JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS
1-10; DOE ENTITIES 1-10; and DOE GOVERNMENTAL UNITS 1-10,
Cross-Claim Defendants/Appellees,
and
MICHAEL DAVID SAKATANI; CHRISTINE MARIE SAKATANI,
Additional Cross-Claim Defendants-Appellants,
and
JOHN DOES 11-100; JANE DOES 11-100; DOE PARTNERSHIPS 11-100;
DOE CORPORATIONS 11-100; DOE ENTITIES 11-100; and DOE
GOVERNMENTAL UNITS 11-100, Additional Cross-Claim Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 03-1-1712)


ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal filed by Defendants-Appellants Michael David Sakatani, Christine Marie Sakatani, and 808 Development LLC (collectively "Appellants"), filed on September 14, 2012, the papers in support, and the records and files herein, it appears that Appellants and Appellees Glenn Nobuki Murakami, Ann Sue Isobe, Walter Junichi Murakami and Etsuko Maruyama Murakami, Naoto Lathrop and Yoko Lathrop are stipulating to the dismissal of Appellants' appeal pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation is approved, and this appeal is dismissed, with each party to bear their own attorney's fees and costs.

DATED: Honolulu, Hawai'i, September 24, 2012.

Presiding Judge

Associate Judge

Associate Judge

2